**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 19-55269-JWC | Trustee Name: | (300340) William J. Layng |
| Case Name: | BRAXTON, TOWANDA | Date Filed (f) or Converted (c): | 04/02/2019 (f) |
| | | § 341(a) Meeting Date: | 04/29/2019 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3949 Belle Glade Ct, Snellville, GA 30039-0000, Gwinnett County<br>Single-family home. Entire property value: $275,000.00 | 275,000.00 | 0.00 | | 0.00 | FA |
| 2 | household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Navy Federal | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Savings: Navy Federal | 0.00 | 0.00 | | 0.00 | FA |
| 6* | Contract for Family Reality Show (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | 1.00 |
| 6 | **Assets Totals (Excluding unknown values)** | **$277,650.00** | **$0.00** | | **$0.00** | **$1.00** |

RE PROP# 6    Family Reality Show

**Major Activities Affecting Case Closing:**

7-18-19: The trustee is investigating possible royalties from a reality TV show

**Initial Projected Date Of Final Report (TFR):** 04/02/2020      **Current Projected Date Of Final Report (TFR):** 04/02/2020