# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 19-55269-JWC | Trustee Name: | (300340) William J. Layng |
| Case Name: | BRAXTON, TOWANDA | Date Filed (f) or Converted (c): | 04/02/2019 (f) |
| | | § 341(a) Meeting Date: | 04/29/2019 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3949 Belle Glade Ct, Snellville, GA 30039-0000, Gwinnett County  Single-family home. Entire property value: $275,000.00 | 275,000.00 | 0.00 | | 0.00 | FA |
| 2 | household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Navy Federal | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Savings: Navy Federal | 0.00 | 0.00 | | 0.00 | FA |
| 6* | Contract for Family Reality Show (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | 1.00 |
| 7* | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS (u)  Possible fraudulent conveyance claim. (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 7 | **Assets Totals (Excluding unknown values)** | **$277,650.00** | **$1.00** | | **$0.00** | **$2.00** |

RE PROP# 6    Family Reality Show

RE PROP# 7    Possible fraudulent conveyance claim

**Major Activities Affecting Case Closing:**

      6-22-2020; The trustee is investigating possible assets
      7-18-19: The trustee is investigating possible royalties from a reality TV show

**Initial Projected Date Of Final Report (TFR):** 04/02/2020     **Current Projected Date Of Final Report (TFR):** 12/30/2020